444 F.2d 111
 Del O'NEAL, Petitioner-Appellant,
v.
Louie L. WAINWRIGHT, Director, Division of Corrections,
State of Florida, Respondent-Appellee.
No. 71-1523 Summary Calendar.*
*Rule 18, 5 Cir., Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New
 United States Court of Appeals, Fifth Circuit.
 June 18, 1971.
 
 Varon & Stahl, P.A., Hollywood, Fla., for petitioner-appellant.
 Earl Faircloth, Atty. Gen., of Fla., Tallahassee, Fla., Charles W. Musgrove, Robert L. Shevin, Atty. Gen., Tallahassee, Robert L. Shevin, Atty. Gen., Tallashassee, Fla., for respondent-appellee.
 Appeal from the United States District Court for the Southern District of Florida; William O. Mehrtens, District Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966